IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AMINADAD GONZALEZ, | No. 3:13-cv-02221-HU |
| Plaintiff, | ORDER |
| v. | |
| PORTLAND POLICE BUREAU, JOHN DOE, Portland Police Chief, WILLIAM JOHNSON, HYTHUM ISMAIL, ANDREW HEARST, and CHRISTOPHER LINDSEY, | |
| Defendants. | |

Aminadad Gonzalez
SID 15357043
Oregon State Penitentiary
2605 State St
Salem, OR 97310-0505

      Pro Se Plaintiff

/ / /
/ / /
/ / /

1 - ORDER

James G. Rice
City of Portland
1221 SW Fourth Ave, Room 430
Portland, OR 97204

      Attorney for Defendant

HERNÁNDEZ, District Judge:

      Magistrate Judge Hubel issued a Findings and Recommendation [25] on July 16, 2014, in which he recommends that the Court grant Defendant Portland Police Bureau's motion to dismiss [23].  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

      The Court adopts Magistrate Judge Hubel's Findings and Recommendation [25].  Accordingly, Defendant Portland Police Bureau's motion to dismiss [23] is granted.

      IT IS SO ORDERED.

      DATED this 6 day of August, 2014.

                         MARCO A. HERNÁNDEZ
                         United States District Judge